**Opinion issued May 16, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00350-CV

———————————

## IN RE PLATINUM II, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Platinum II, LLC, filed a petition for a writ of mandamus challenging the trial court's January 18, 2023 "Order Denying [Relator's] Motion for Leave to Designate [John Nau and Nau Capital, LLC as] Responsible Third-Parties."[1] Relator further argued that the trial court abused its discretion by failing to rule on two other

---

[1] The underlying case is *Kerry Fritz v. Platinum II, LLC and Standard Constructors, Inc.*, Cause No. 2022-32347, in the 333rd District Court of Harris County, Texas, the Honorable Brittanye Morris presiding.

motions to designate responsible third parties, including (1) relator's "Motion to Designate [Riviera Australia Pty Ltd as a] Responsible Third Party," filed on January 5, 2023 and set on the trial court's March 27, 2023 submission docket, and (2) relator's "Motion to Designate Seabrook Harbor & Marine, LLC as Responsible Third Party," filed on April 6, 2023 and set on the trial court's April 24, 2023 submission docket.

In connection with its mandamus petition, relator also filed an "Emergency Motion for Stay Pending Review," requesting that this Court "enter an order staying the underlying suit pending a decision" on the mandamus petition. Relator stated that the stay is necessary to prevent trial of the underlying litigation, currently set on the trial court's trial docket beginning July 10, 2023, from moving forward until the Court has considered its mandamus petition.

Our review of relator's mandamus petition reflects that relator has failed to establish that it is entitled to mandamus relief. *See* TEX. R. APP. P. 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). All pending motions, including relator's "Emergency Motion for Stay Pending Review," are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.